PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Shean Reinhold Hatfield        Docket No.        2:11CR00073-002

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Anne Sauther, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Shean Reinhold Hatfield, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 9th day of September 2011, under the following conditions:

<u>Condition #2</u>: Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

<u>Violation #1</u>: The defendant moved from his mother's address, on or about September 6, 2011, without notifying the United States Probation Office.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/19/2011

by   s/Anne Sauther

Anne Sauther
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10-26-2011

Date