# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Shean Reinhold Hatfield | Docket No. | 2:11CR00073-002 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

  COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Shean Reinhold Hatfield who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 21st day of November 2011 under the following conditions:

**Modified Condition #2:** Defendant shall undergo a substance abuse evaluation and shall complete treatment indicated by the evaluation or recommended by pretrial services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment. If defendant fails in any way to comply or cooperate with the requirements and rules of a treatment program, pretrial services shall notify the Court and the U.S. Marshal, who will be directed to immediately arrest the defendant.

**Modified Condition #3:** If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the Court, pretrial services, and the treatment vendor. Treatment shall not interfere with defendant's court appearances.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The supervising U.S. Probation officer (USPO) has been unable to confirm if the defendant has complied with recommended substance abuse treatment.

**Violation #2:** The defendant has failed to submit to urinalysis testing on eight occasions.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: 04/04/2012 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Probation Officer |

PS-8
Re:  Hatfield, Shean Reinhold
April 4, 2012
Page 2

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

S/ CYNTHIA IMBROGNO
_____
Signature of Judicial Officer

4/4/12
_____
Date